Kym Samuel Cushing, Esq.
Nevada Bar No. 4242
Douglas M. Rowan, Esq.
Nevada Bar No. 4736
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, Nevada  89101
(702) 727-1400; FAX (702) 727-1401
kym.cushing@wilsonelser.com
douglas.rowan@wilsonelser.com
*Attorneys for Defendant Target Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ZAHIDA DENNIS, | CASE NO.:  2:15-cv-00423-JCM-GWF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE** |
| TARGET CORP. and DOES 1 through 100; And ROE CORPORATIONS 101 through 200 | |
| Defendant. | |

Plaintiff ZAHIDA DENNIS, by and through her counsel of record JAMIE H. CORCORAN, ESQ., of BERNSTEIN & POISSON, and Defendant TARGET CORPORATION, by and through their counsel of record, KYM SAMUEL CUSHING, ESQ., of WILSON, ELSER, MOSKOWITZ,

. . .

. . .

. . .

1  EDELMAN & DICKER LLP, hereby stipulate and agree to the dismissal of the above-captioned
2  action, with prejudice, with each party to bear their own fees and costs.

3  DATED this 14th day of June, 2016.            DATED this 31st day of May, 2016.

**WILSON, ELSER, MOSKOWITZ,**           **BERNSTEIN & POISSON**
**EDELMAN & DICKER LLP**

BY:  */s/ Douglas Rowan*                          BY: */s/ Jamie Corcoran*
     Kym Samuel Cushing, Esq.                     Jamie H. Corcoran, Esq.
     Nevada Bar No. 004242                        Nevada Bar No. 011790
     Douglas M. Rowan, Esq.                       320 South Jones Boulevard
     Nevada Bar No. 004736                        Las Vegas, NV  89107
     300 South Fourth Street, 11th Floor          Attorneys for Plaintiff
     Las Vegas, Nevada  89101                     Zahida Dennis
     Attorneys for Defendant Target Corporation

### ORDER

IT IS SO ORDERED.

Dated June 14, 2016.

_____
**UNITED STATES DISTRICT COURT JUDGE**

Prepared and Respectfully Submitted by:

**WILSON, ELSER, MOSKOWITZ, EDELMAN**
 **& DICKER LLP**

BY: */s/ Douglas Rowan*
    Kym Samuel Cushing, Esq.,
    Nevada Bar No. 004242
    Douglas M. Rowan, Esq.,
    Nevada Bar No. 004736
    300 South Fourth Street, 11th Floor
    Las Vegas, Nevada  89101
    *Attorneys for Defendant Target Corporation*